Thomas DEDMAN,
*Appellant,*

*v.*

ALBINA FUEL COMPANY,
Albina Fuel Company, Inc.
Profit Sharing Trust (Plan),
Neal L. Arnston, Clifford L. Arnston
and John Does 1 through 5 as
Trustees and Fiduciaries of the Plan,
*Respondents.*

(9007-04187; CA A69329)

829 P2d 716

William P. Horton, Portland, argued the cause for appellant. With him on the opening brief was Parks, Allen, Livingston & Greif, Portland, and with him on the reply brief was Leo & Horton, Portland.

Ted E. Runstein, Portland, argued the cause for respondents. With him on the brief were Nolan Shishido and Kell, Alterman & Runstein, Portland.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Plaintiff assigns error to the granting of defendant's motion for judgment *n.o.v.*, one of the grounds for which was that there was insufficient evidence to support the jury's verdict. The focus of plaintiff's argument on appeal is that there was supporting evidence. Plaintiff's designation of record does not include any part of the trial testimony or other evidence, except for selected exhibits. The record before us is not sufficient for us to review the assignment. *Universal Ideas Corp. v. Esty*, 84 Or App 541, 734 P2d 408 (1987).

Affirmed.